UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CCA GLOBAL PARTNERS, INC., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Cause No. 4:06 CV 15 JCH |
| ) | |
| YATES CARPET, INC., ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

This matter is before the Court on Defendant's Motion to Compel (Doc. No. 202), filed November 11, 2006. Defendant asks this Court to compel production, toll its deadline for disclosing experts, and for attorney's fees.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Compel is **GRANTED** in part and Plaintiffs must produce any documents subject to the Court's September 28, 2006 Order by **Friday, December 1, 2006.** Failure to comply with this Order may result in sanctions under Federal Rule of Civil Procedure 37.

**IT IS FURTHER ORDERED** Defendant's Motion to Compel as it pertains to all other matter is **DENIED**.

Dated this 17th day of November, 2006.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE